**Vladimir YOVEV, Plaintiff–Appellant,**

v.

**UNITED STATES of America; et al., Defendants–Appellees.**

No. 08–56329.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 23, 2008.*

Filed March 9, 2009.

Vladimir Yovev, Los Angeles, CA, pro se.

---

Heidi T. Salerno, Esquire, Office of the California Attorney General, Gleam Olivia Davis, Esquire, AT & T Services Legal Department, Los Angeles, CA, Michael Gilligan, Esquire, Irvine, CA, for Defendants–Appellees.

Before RYMER, HAWKINS and GOULD, Circuit Judges.

### MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The district court did not abuse its discretion in dismissing without prejudice this case for failure to prosecute. *See Morris v. Morgan Stanley & Co.,* 942 F.2d 648, 650 (9th Cir.1991).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.